# EXHIBIT A

**Exhibit A**

| Name | # of Checks | Total Amount Paid |
| --- | --- | --- |
| Azras Yisroel, Inc. | 2 | $10,000.00 |
| B & M Resort LLC | 1 | $5,000.00 |
| Bnei Levi | 1 | $60,000.00 |
| Boro Park Chasudim Rabim | 1 | $18,000.00 |
| Boyoner Gemilas Chesed | 1 | $5,000.00 |
| Capital One Bank (Name Unknown) | 1 | $235,416.57 |
| Classon NY Inc. | 1 | $2,166.00 |
| Cong. Ahavas Shulem Dnadverne | 1 | $9,399.00 |
| Congregation A.Y | 1 | $5,000.00 |
| Congregation Ach Tov | 1 | $25,000.00 |
| Congregation Kipas Halvuah | 1 | $5,000.00 |
| Congregation YL South 8 | 1 | $15,000.00 |
| G.M.H | 1 | $60,000.00 |
| Gemach Sarah Perl Inc. | 1 | $500.00 |
| Granite Equity Holdings Corp | 3 | $27,960.00 |
| Hershel and Esther Brach | 1 | $4,000.00 |
| Kipas H. | 3 | $11,140.00 |
| Protector Security Associates Inc. | 2 | $16,960.00 |
| Source One Trading Inc. | 1 | $2,883.00 |
| T.V.O.K | 11 | $43,200.00 |
| Yeshiva Ohel Shaim Inc. | 1 | $2,000.00 |
| | | $563,624.57 |