# EXHIBIT B

## EXHIBIT B - DEPOSITIONS TAKEN AND DEPOSED

**A. Taken**      **Deponent**

| | |
|---|---|
| 12/20/2011 | Mr. Chaim Berkowitz |
| 1/11/2012 | Plaintiff |

**B. Presently Scheduled**      **Deponent**

| | |
|---|---|
| 2/27/2012 | Mr. Joel Goldberger |
| 2/28/2012 | Mr. Mordechai Rubin |
| 2/29/2012 | EIB Inc. |
| 3/1/2012 | Mr. Herman Jacobowitz |
| 3/2/2012 | B&M Resort LLC |
| 3/2/2012 | Azras Yisorel, Inc. |
| 3/2/2012 | Protector Security Associates Inc. |

**C. Proposed Depositions**

Sara Hollander Family LLC 30(B)(6)

Ms. Hanna Ostriker

Ms. Freda Weiss

Ms. Lola Felderbaum

Investors Identified in Exhibit A When Information Becomes Available