# EXHIBIT C

**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NEW YORK 10178**

(212) 808-7800

WASHINGTON, DC
LOS ANGELES, CA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

DIRECT LINE: (212) 808-7584
EMAIL: sflanagan@kelleydrye.com

February 10, 2012

**VIA FEDERAL EXPRESS**

B&M Resort LLC
543 Bedford Avenue
Brooklyn, NY 11211

Re: *Shirley Wrubel, as trustee of The Sara Hollander Irrevocable LIfe Insurance Trust v. John Hancock Life Insurance Company* Civil Action No. 11-cv-01873 (WFK)(LB) Pending in the United States District Court, Eastern District of New York

Dear Sir:

We represent the defendant, John Hancock Life Insurance Company in the above-referenced action. Please be advised that pursuant to the Plaintiff's request, your deposition, currently scheduled for Tuesday, February 14, 2012 at 12:30 pm, has been adjourned to Friday, March 2, 2012 at 10:00 am at our offices located at 101 Park Avenue, New York, New York.

If you have any questions or concerns about the foregoing, please do not hesitate to contact me.

Very truly yours,

Sean R. Flanagan

cc: David Benhaim, Esq. (via Electronic Mail)
Attorneys for Plaintiff

# Flanagan Sean

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Monday, February 13, 2012 7:25 AM |
| **To:** | Flanagan Sean |
| **Subject:** | FedEx Shipment 798047446341 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Kelley Drye & Warren |
| Name: | Sean Flanagan |
| E-mail: | sflanagan@kelleydrye.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Purchase order number: | 90080 |
| Reference: | 040638-0053 |
| Ship (P/U) date: | Feb 10, 2012 |
| Delivery date: | Feb 13, 2012 7:20 AM |
| Sign for by: | Signature not required |
| Delivery location: | BROOKLYN, NY |
| Delivered to: | Residence |
| Service type: | FedEx First Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| | Residential Delivery |
| Tracking number: | 798047446341 |

| Shipper Information | Recipient Information |
|---|---|
| Sean Flanagan | B&M Resort LLC |
| Kelley Drye & Warren | 543 BEDFORD AVE |
| 101 Park Avenue | BROOKLYN |
| New York | NY |
| NY | US |
| US | 11211 |
| 10178 | |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 6:25 AM CST on 02/13/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.