UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

SHIRLEY WRUBEL, *as Trustee for the Sara Hollander Irrevocable Life Insurance Trust*,

                Plaintiff,

    -against-

JOHN HANCOCK LIFE INSURANCE COMPANY,

                Defendant.

------------------------------------------------------X

**ORDER**
**11 CV 1873 (WFK)(LB)**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT
★ MAR 22 2012
BROOKLYN OFFICE

**BLOOM, United States Magistrate Judge:**

    Non-party Reliable Reporting Services, Inc. moves pursuant to Rule 45(c)(3)(A)(ii) of the Federal Rules of Civil Procedure to quash a subpoena served by plaintiff.[1] Non-party Reliable Reporting Services, Inc. states that "[t]he subpoena commanded we produce documents and [] appear for deposition at the offices of Lipsius-BenHaim Law LLP in Kew Gardens, New York." Although the subpoena is not attached to the motion, the Court presumes that the subpoena was issued from the United States District Court for the Eastern District of New York. See Fed. R. Civ. P. 45(a)(2)(B) (A subpoena "for attendance at a deposition [must issue] from the court for the district where the deposition is to be taken.").

    Rule 45(c)(3)(A)(ii) provides that "[o]n timely motion, the issuing court must quash or modify a subpoena that . . . requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person." The subpoena served by plaintiff requires non-party Reliable Reporting Services,

---

[1] President Nancy Wright writes on the corporation's behalf and states that Reliable Reporting Services, Inc. is representing itself in this matter. Ms. Wright cannot represent the corporation before the Court. See Lattanzio v. COMTA, 481 F.3d 137, 139 (2d Cir. 2007) ("[A] layperson may not represent a separate legal entity such as a corporation."). For any future application, the corporation must be represented by counsel.



Inc. to produce documents and appear for a deposition in New York. Reliable Reporting Services, Inc. is located in Largo, Florida, which is more than one hundred miles from New York. Accordingly, the Court hereby quashes the subpoena served by plaintiff on Reliable Reporting Services, Inc.

SO ORDERED.

LOIS BLOOM
United States Magistrate Judge

Dated: March 21, 2012
       Brooklyn, New York

cc:    Ms. Nancy Wright
       Reliable Reporting Services, Inc.
       1870 Starkey Road, Suite #2
       Largo, FL 33771