# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
SHIRLEY WRUBEL, etc.,

                Plaintiff,

-against-                                       12 Misc. 00077 (LAK)

JOHN HANCOCK LIFE INSURANCE CORPORATION,

                Defendant.
------------------------------------------------x

*USDS SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 3/21/12*

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        1.        Defendant's motion for an order compelling Herman Jacobowitz, Mordechai Rubin and B&M Resort LLC to comply with subpoenas served upon them on January 6, 13 and 24, 2012 and to produce documents is granted.

        2.        Herman Jacobowitz shall produce to defendant's counsel, Kelley Drye & Warren LLP, no later than March 27, 2012, each of the documents, the production of which is requested by the subpoena addressed to him and dated January 6, 2012.

        3.        Mordechai Rubin shall produce to defendant's counsel, Kelley Drye & Warren LLP, no later than March 27, 2012, each of the documents, the production of which is requested by the subpoena addressed to him and dated January 13, 2012.

        3.        B&M Resort LLC shall produce to defendant's counsel, Kelley Drye & Warren LLP, no later than March 27, 2012, each of the documents, the production of which is requested by the subpoena addressed to it and dated January 24, 2012.

        4.        Herman Jacobowitz shall appear for and submit to the taking of his deposition commencing on April 2, 2012 at 10:00 a.m. and continuing until concluded.

        5.        Mordechai Rubin shall appear for and submit to the taking of his deposition commencing on April 3, 2012 at 10:00 a.m. and continuing until concluded.

        6.        B&M Resort LLC shall appear for and submit to the taking of its deposition by an officer, director or managing agent thereof or another person designated by it who consents

2

to testify on its behalf, commencing on April 4, 2012 at 10:00 a.m. and continuing until concluded.

7. Each of the depositions referred to in paragraphs 4 through 6 shall take place at the offices of defendant's counsel, Kelley Drye & Warren LLP, 101 Park Avenue, New York, NY 10178.

8. **Any violation of this order may constitute a contempt of court and may result in the imposition of sanctions, which may include imprisonment.**

SO ORDERED.

Dated: March 20, 2012

_____
Lewis A. Kaplan
United States District Judge