**EXHIBIT C**

```
                                                                  1
     C3K8WRUC
 1   UNITED STATES DISTRICT COURT
 1   SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 2
 3   SHIRLEY WRUBEL,
 3
 4               Plaintiff,
 4
 5        v.                              12 MC 77-P1
 5
 6   JOHN HANCOCK LIFE INSURANCE
 6   COMPANY,
 7
 7               Defendant.
 8
 8   ------------------------------x
 9
 9                                        March 20, 2012
10                                        10:10 a.m.
10
11   Before:
11
12                    HON. LEWIS A. KAPLAN
12
13                                        District Judge
13
14                         APPEARANCES
14
15   KELLEY DRYE & WARREN, LLP
15        Attorneys for Defendant
16   BY:  SEAN R. FLANAGAN
16
17
17
18
18
19
20
21
22
23
24
25
                  SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300
```

```
                                                                     2
     C3K8WRUC
 1              (Case called)
 2              THE DEPUTY CLERK:  Counsel for defendant, are you
 3   ready?
 4              MR. FLANAGAN:  We are.
 5              THE COURT:  Mr. Flanagan, have the papers been served
 6   on the three individuals who you want relief against?
 7              MR. FLANAGAN:  Yes, they have, along with the rules of
 8   ECF filing.
 9              THE COURT:  Have affidavits of service been filed?
10              MR. FLANAGAN:  Yes.
11              THE COURT:  When were they served?
12              MR. FLANAGAN:  They were served on March 8, your
13   Honor.
14              THE COURT:  There is no appearance.  I am signing an
15   order granting the motion and you can get a copy from my clerk.
16   It will be posted on ECF today.
17              Have you brought all this to the attention of the
18   United States Attorney?
19              MR. FLANAGAN:  Your Honor, we have been talking with
20   the client about doing that, and one of the issues for John
21   Hancock, to be quite frank, is we are discovering more facts,
22   and I think the client is in between bringing it to the U.S.
23   Attorney and waiting to get all the facts in before bringing it
24   to the U.S. Attorney in a package.  But it is certainly being
25   discussed internally at John Hancock whether to bring it to the
                       SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300
```

```
                                                                    3
     C3K8WRUC
 1   U.S. Attorney or not.  I know in the Southern District they
 2   just arrested about a month ago three brokers who were involved
 3   with these type of STOLI policies.
 4            THE COURT:  You may want to take it over there.
 5            MR. FLANAGAN:  Understood, your Honor.
 6            THE COURT:  OK.  Thank you.
 7            (Adjourned)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                    SOUTHERN DISTRICT REPORTERS, P.C.
                             (212) 805-0300
```