**EXHIBIT B**

## Flanagan Sean

**From:** David Benhaim [dbenhaim@lipsiuslaw.com]
**Sent:** Wednesday, June 20, 2012 3:28 PM
**To:** Flanagan Sean
**Subject:** RE: Wrubel

We will do.

**David BenHaim, Esq.**
**Lipsius - BenHaim Law LLP**

80-02 Kew Gardens Rd., Suite 1030 | Kew Gardens, NY 11415

Tel: 212.981.8446          | Fax: 888.442.0284

CONFIDENTIALITY NOTICE: The information contained in this e-mail is confidential, may be legally privileged, and is intended only for the use of the party named above. If the reader of this e-mail is not the intended recipient, you are advised that any dissemination, distribution, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at 212.981.8440 and destroy this e-mail.

---

**From:** Flanagan Sean [mailto:SFlanagan@KelleyDrye.com]
**Sent:** Wednesday, June 20, 2012 3:24 PM
**To:** 'David Benhaim'
**Subject:** RE: Wrubel

David,

We are going to need to obtain a birth certificate issued by the State of New York. What you sent me does not list Ms. Hollander as Ms. Wrubel's mother. I think Ms. Wrubel will need to submit the Birth Certificate form (send us a bill, and we will re-imburse her for the quickest way to get the birth certificate) because the State will not issue it to us, unless we are her attorneys.

-Sean


**From:** David Benhaim [mailto:dbenhaim@lipsiuslaw.com]
**Sent:** Wednesday, June 20, 2012 3:19 PM
**To:** Flanagan Sean
**Subject:** Wrubel

Sean,

Here is a copy of the birth certificate that Wrubel found and a copy of the irs form. Do you want the originals? The original has a Maimonides seal. Do you want her to fill out the form required to obtain a new birth certificate?

**David BenHaim, Esq.**
**Lipsius - BenHaim Law LLP**

80-02 Kew Gardens Rd., Suite 1030 | Kew Gardens, NY 11415

Tel: 212.981.8446          | Fax: 888.442.0284

CONFIDENTIALITY NOTICE: The information contained in this e-mail is confidential, may be legally privileged, and is intended only for the use of the party named above. If the reader of this e-mail is not the intended recipient, you are advised that any dissemination, distribution, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at 212.981.8440 and destroy this e-mail.
Pursuant to Treasury Regulations, any U.S. federal tax advice contained in this communication, unless otherwise stated, is not intended and cannot be used for the purpose of avoiding tax-related penalties.

1

The information contained in this E-mail message is privileged, confidential, and may be protected from disclosure;
please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be
subject to legal restriction or sanction. If you think that you have received this E-mail message in
error, please reply to the sender.

This E-mail message and any attachments have been scanned for viruses and are believed to be free of any virus or
other defect that might affect any computer system into which it is received and opened. However, it is the
responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Kelley
Drye & Warren LLP for any loss or damage arising in any way from its use.