**EXHIBIT D**

LIPSIUS-BENHAIM LAW, LLP
Attorneys for Plaintiff
80-02 Kew Gardens Road
Kew Gardens, NY 11415
212-981-9440

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHIRLEY WRUBEL, as Trustee of the Sara Hollander          Docket No. 11-cv-01873
Irrevocable Life Insurance Trust,                         (DLI)(LB)

               Plaintiff,

      -against-

JOHN HANCOCK LIFE INSURANCE CO.,

               Defendant.
-----------------------------------------------------------------X

TO:    Sean R. Flanagan, Esq.
         Kelley Drye & Warren LLP
         Attorneys for Defendant
         101 Park Avenue
         New York, New York 10178

## PLAINTIFF'S REQUEST FOR ADMISSIONS

**PLEASE TAKE NOTICE** that, pursuant to Rule 36(a)(1)(B) of the Federal Rules of Civil Procedure, plaintiff Shirley Wrubel, as Trustee of the Sara Hollander Irrevocable Life Insurance Trust, respectfully requests that defendant John Hancock Life Insurance Company admit the genuineness of the following documents:

     1.    Admit that the policy attached as Exhibit A is a true and accurate copy of a policy of life insurance issued by John Hancock and that the attached copy is an exact copy of the bound policy as it was delivered to the owner of the policy.

     2.    Admit that the policy attached as Exhibit B is a true and accurate copy of a policy of life insurance issued by John Hancock and that the attached copy is an exact copy of the bound policy as it was delivered to the owner of the policy.

3. Admit that the policy attached as Exhibit C is a true and accurate copy of a policy of life insurance issued by John Hancock and that the attached copy is an exact copy of the bound policy as it was delivered to the owner of the policy.

4. Admit that the policy attached as Exhibit D is a true and accurate copy of a policy of life insurance issued by John Hancock and that the attached copy is an exact copy of the bound policy as it was delivered to the owner of the policy.

5. Admit that the policy attached as Exhibit E is a true and accurate copy of a policy of life insurance issued by John Hancock and that the attached copy is an exact copy of the bound policy as it was delivered to the owner of the policy.

6. Admit that the policy attached as Exhibit F is a true and accurate copy of a policy of life insurance issued by John Hancock and that the attached copy is an exact copy of the bound policy as it was delivered to the owner of the policy.

7. Admit that the policy attached as Exhibit G is a true and accurate copy of a policy of life insurance issued by John Hancock and that the attached copy is an exact copy of the bound policy as it was delivered to the owner of the policy.

8. Admit that the policy attached as Exhibit H is a true and accurate copy of a policy of life insurance issued by John Hancock and that the attached copy is an exact copy of the bound policy as it was delivered to the owner of the policy.

9. Admit that the policy attached as Exhibit I is a true and accurate copy of a policy of life insurance issued by John Hancock and that the attached copy is an exact copy of the bound policy as it was delivered to the owner of the policy.

10. Admit that the policy attached as Exhibit J is a true and accurate copy of a policy of life insurance issued by John Hancock and that the attached copy is an exact copy of the bound policy as it was delivered to the owner of the policy.

11. Admit that the policy attached as Exhibit K is a true and accurate copy of a policy of life insurance issued by John Hancock and that the attached copy is an exact copy of the bound policy as it was delivered to the owner of the policy.

12. Admit that the policy attached as Exhibit L is a true and accurate copy of a policy of life insurance issued by John Hancock and that the attached copy is an exact copy of the bound policy as it was delivered to the owner of the policy.

13. Admit that the policy attached as Exhibit M is a true and accurate copy of a policy of life insurance issued by John Hancock and that the attached copy is an exact copy of the bound policy as it was delivered to the owner of the policy.

14. Admit that the policy attached as Exhibit N is a true and accurate copy of a policy of life insurance issued by John Hancock and that the attached copy is an exact copy of

the bound policy as it was delivered to the owner of the policy.

15. Admit that the policy attached as Exhibit O is a true and accurate copy of a policy of life insurance issued by John Hancock and that the attached copy is an exact copy of the bound policy as it was delivered to the owner of the policy.

Dated: Kew Gardens, New York
July 16, 2012

LIPSIUS-BENHAIM LAW, LLP
Attorneys for Plaintiff

By: _____
David BenHaim
80-02 Kew Gardens Road, Suite 1030
Kew Gardens, NY 11415
212-981-8440

3