UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SHIRLEY WRUBEL, as Trustee of the Sara Hollander            Docket No. 11-cv-01873
Irrevocable Life Insurance Trust,                           (DLI)(LB)

              Plaintiff,

                                                                    **NOTICE OF CHANGE OF**
       -against-                                    **ADDRESS**

JOHN HANCOCK LIFE INSURANCE CO.,

              Defendant.
-------------------------------------------------------------------X

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES.

       We are the attorneys for plaintiff in the above-captioned action.  Pursuant to Local Rule 1.3 of this Court, please take notice of the following information changes:

<u>OLD FIRM ADDRESS</u>:

    14 Penn Plaza, Suite 500
    New York, New York 10122
    212-563-1710

<u>NEW FIRM ADDRESS</u>:

    Lipsius-BenHaim Law, LLP
    80-02 Kew Gardens Road, Suite 1030
    Kew Gardens, New York 11415
    212-981-8440
    Facsimile 888-442-0284

       The firm of Lipsius-BenHaim Law, LLP will continue to be counsel of record on the above-entitled case.

Dated:  August 23, 2012                          LIPSIUS-BENHAIM LAW, LLP
                                                                   Attorneys for Plaintiff

                                                       By:    _____
                                                                    Ira S. Lipsius
                                                                    80-02 Kew Gardens Road, Suite 1030
                                                                    Kew Gardens, New York 11415
                                                                    212-981-8440