# EXHIBIT A

THIS IS TO CERTIFY

THAT ON THE

First DAY OF July 19 6 AT 7:25 A. M.

Shirley Rebecca Hollander

WAS BORN AT

# Maimonides
### HOSPITAL OF BROOKLYN

IN WITNESS WHEREOF, THIS CERTIFICATE IS ISSUED AND COUNTERSIGNED BY

DR. _Howard W_____
ATTENDING PHYSICIAN

Affiliated with the
Federation of Jewish Philanthropies of New York

DR. _J. W. Rabi____
EXECUTIVE DIRECTOR