# EXHIBIT A

# EXHIBIT A

# Flanagan Sean

| | |
|---|---|
| **From:** | David Benhaim <dbenhaim@lipsiuslaw.com> |
| **Sent:** | Thursday, November 15, 2012 1:18 PM |
| **To:** | Flanagan Sean |
| **Subject:** | Wrubel birth certificate |
| **Attachments:** | receipt wrubel birth certificate.pdf |

Sean,

Shirley went down to Worth street to obtain her birth certificate.
When requesting the certificate you must put down the reason for it.
She put down "legal." They advised her that for legal she must apply for the long-form birth certificate which includes her mother's name.
She did so. They advised her that the long-form will take 2 weeks to arrive by mail. I attach her receipt from today's visit.

--
David BenHaim, Esq.

Lipsius - BenHaim Law LLP

80-02 Kew Gardens Rd., Suite 1030  | Kew Gardens, NY 11415

Tel: 212.981.8446                | Fax: 888.442.0284

1



# Order Receipt

Office of Vital Records - Cashiering
The City of New York
Department of Health & Mental Hygiene
Office of Vital Records

Order Number: 20121107166

Applicant: shirley wrubel

Ship To:
shirley wrubel
198 wilson st
Brooklyn, NY 11211

Date: 11/15/2012 11:37:00AM

---

Order Number: 20121107166

Applicant: shirley wrubel

Payer: shirley wrubel
198 wilson st
Brooklyn, NY 11211

Date: 11/15/2012 11:37:00AM

Payment Type: Credit Card

| Qty | Service | Name | Delivery | Total Amount |
|---|---|---|---|---|
| 1 | Birth - Long Form | Shirley Rebecca Hollander | PICKUP | $ 15.00 |
| 1 | Birth - Long Form | shirley wrubel | PICKUP | $ 15.00 |
| -1 | Birth - Long Form | shirley wrubel | PICKUP | $-15.00 |
| 1 | Non Refundable Security Fee | | | $ 2.75 |
| | | | Sub-Total | $ 17.75 |
| | | | Waived | $ 0.00 |
| | | | Shipping & Handling | $ 0.00 |
| | | | Due | $ 17.75 |
| | | | Paid | $ 32.75 |
| | | | Refund | $-15.00 |
| | | | Balance | $ 0.00 |



*20121107166+*

Thursday, November 15, 2012 11:37 am

Page 1 of 1